**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **MOTION TO DISMISS** |
| vs. | ) | |
| | ) | |
| John L. Prieto, | ) | Case No. 4:05-cr-006 |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is the Government's "Motion to Dismiss" filed on January 20, 2009. See Docket No. 51. On March 14, 2008, the Government filed a "Petition for Warrant or Summons for Offender Under Supervision" in this case and in Case No. 4:05-cr-052. See Docket No. 38. A revocation hearing was held on January 15, 2009. The Government now moves the Court to dismiss the petition in case No. 4:05-cr-006 because the defendant's probation in that case had expired in December 2006. The Court **GRANTS** the Government's motion.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court